**Michael SMITH, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 41999.**

Missouri Court of Appeals,
Western District.

Sept. 26, 1989.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 31, 1989.

---

Sean D. O'Brien, Public Defender, John L. Vohs, Asst. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before GAITAN, P.J., and MANFORD and ULRICH, JJ.

**ORDER**

PER CURIAM.

Appeal from dismissal of Rule 24.035 motion for postconviction relief.

Affirmed. Rule 84.16(b).